THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ABRAHAM SCHENCK, Appellant.

Argued October 10, 1938; decided October 25, 1938.

*Louis P. Goldberg, Benjamin Wyle* and *Joseph G. Josephson* for appellant.

*William F. X. Geoghan, District Attorney (Edward H. Levine* and *Henry J. Walsh* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ. Dissenting: LEHMAN and FINCH, JJ.